# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PHILIP T. GRESSMAN; RON Y. DONAGI; KRISTOPHER R. TAPP; PAMELA GORKIN; DAVID P. MARSH; JAMES L. ROSENBERGER; AMY MYERS; EUGENE BOMAN; GARY GORDON; LIZ MCMAHON; TIMOTHY G. FEEMAN; AND GARTH ISAAK,

        Petitioners

        v.

VERONICA DEGRAFFENREID, IN HER OFFICIAL CAPACITY AS THE ACTING SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA; JESSICA MATHIS, IN HER OFFICIAL CAPACITY AS DIRECTOR FOR THE PENNSYLVANIA BUREAU OF ELECTION SERVICES AND NOTARIES,

        Respondents

: No. 142 MM 2021
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of January, 2022, the Application for the Exercise of Extraordinary Jurisdiction or King's Bench Power is DENIED, WITHOUT PREJUDICE to Petitioners to reapply for similar relief in this Court, as future developments may dictate. Additionally, the denial is without prejudice to Petitioners to file an application in the Commonwealth Court, requesting that court to accelerate the timetable set forth in its December 20, 2021 scheduling order.

    The Application for Expedited Review, the Application for Leave to File Proposed Intervenors-Petitioners' Response, and the Application to Intervene of Senator Jay Costa, et al., are DISMISSED AS MOOT.

    Justice Wecht files a dissenting statement.

    Justice Donohue notes her dissent.